[No. 10684–5–III. Division Three. June 4, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. BARBARA M. PETERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 89–1–00114–7, Jerry M. Moberg, J., entered March 23, 1990. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Shields, J.

[No. 12999–0–II. Division Two. June 6, 1991.]

*In the Matter of* J.A.C., ET AL.

THE STATE OF WASHINGTON, *Respondent,* v. W.B., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clallam County, No. 4648, Grant S. Meiner, J., entered June 22, 1989. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Morgan, J.

[No. 13413–6–II. Division Two. June 6, 1991.]

*In the Matter of the Marriage of* ROBERT D. WILCOX, *Appellant, and* IRMGARD R. WILCOX, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87–3–00924–5, Brian M. Tollefson, J., entered November 3, 1989. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.